```
 1  DILLINGHAM & MURPHY, LLP
    PATRICK J. HAGAN (SBN: 68264)
 2  BROOKE S. PURCELL (SBN 260058)
    225 Bush Street, 6th Floor
 3  San Francisco, California 94104-4207
    Telephone:   (415) 397-2700
 4  Facsimile:   (415) 397-3300

 5  Attorneys for Defendant
    PACO VENTURES, LLC
 6
 7
 8                 UNITED STATES DISTRICT COURT
 9                NORTHERN DISTRICT OF CALIFORNIA
10
11  JASON MISHOU,                      Case No. C12-03331
12         Plaintiff,                  STIPULATION AND [PROPOSED]
                                       ORDER TO CONTINUE CASE
13     v.                              MANAGEMENT CONFERENCE
14  PACO VENTURES, LLC, TECHNO DRILL,
    LTD., TECHNO DRILL DESIGN, LTD, and
15  TECHNO DRILL HOLDINGS, INC. (d.b.a.
    TECHNO DRILL USA),
16
           Defendants.
17
```

18    WHEREAS the Honorable Judge Joseph C. Spero issued an order scheduling a Case

19 Management Conference for October 5, 2012 at 1:30 p.m.

20    WHEREAS counsel to defendant Paco Ventures is out of town on October 5 and will be

21 unable to attend the Case Management Conference.

22    By stipulation by between the parties, plaintiff Jason Mishou and defendant Paco

23 Ventures, LLC, by and through their undersigned counsel, it is hereby agreed that the Case

24 Management Conference will take place on Tuesday, October 16, 2012 at 1:30 p.m.

25    IT IS SO STIPULATED.

26
27
28

| | | |
|---|---|---|
| 1 | DATED: September 24, 2012 | BUTLER VIADRO, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Christopher A. Viadro |
| | | Attorneys for Plaintiff |
| 5 | | JASON MISHOU |
| 6 | | |
| 7 | Date: September 21, 2012 | DILLINGHAM & MURPHY, LLP |
| 8 | | |
| 9 | | |
| 10 | | By: _____ |
| | | Patrick J. Hagan |
| 11 | | Brooke S. Purcell |
| | | Attorneys for Defendant |
| 12 | | PACO VENTURES, LLC |

Pursuant to the above stipulation among plaintiff Jason Mishou and defendant Paco Ventures, LLC, the Case Management Conference scheduled for October 5, 2012 is hereby continued to October 16, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 09/26, 2012

/s/ Joseph C. Spero

Hon. Joseph C. Spero
Magistrate Judge

Case No. C12-03331
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE