DILLINGHAM & MURPHY, LLP
PATRICK J. HAGAN (SBN: 68264)
BROOKE S. PURCELL (SBN 260058)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:    (415) 397-2700
Facsimile:    (415) 397-3300

Attorneys for Defendant
PACO VENTURES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MISHOU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PACO VENTURES, LLC, TECHNO DRILL, LTD., TECHNO DRILL DESIGN, LTD, and TECHNO DRILL HOLDINGS, INC. (d.b.a. TECHNO DRILL USA),<br><br>　　　　Defendants. | Case No. C12-03331<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

　　　　WHEREAS the Honorable Judge Joseph C. Spero issued an order scheduling a Case Management Conference for October 5, 2012 at 1:30 p.m.

　　　　WHEREAS counsel to defendant Paco Ventures is out of town on October 5 and will be unable to attend the Case Management Conference.

　　　　By stipulation by between the parties, plaintiff Jason Mishou and defendant Paco Ventures, LLC, by and through their undersigned counsel, it is hereby agreed that the Case Management Conference will take place on Tuesday, October 16, 2012 at 1:30 p.m.

　　　　IT IS SO STIPULATED.

---

Case No. C12-03331
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| DATED: September 24, 2012 | BUTLER VIADRO, LLP |
| | By: _____ <br> Christopher A. Viadro <br> Attorneys for Plaintiff <br> JASON MISHOU |
| Date: September 21, 2012 | DILLINGHAM & MURPHY, LLP |
| | By: _____ <br> Patrick J. Hagan <br> Brooke S. Purcell <br> Attorneys for Defendant <br> PACO VENTURES, LLC |

Pursuant to the above stipulation among plaintiff Jason Mishou and defendant Paco Ventures, LLC, the Case Management Conference scheduled for October 5, 2012 is hereby continued to October 16, 2012 at 1:30 p.m.

IT IS SO ORDERED.

Dated: __09/26__, 2012

/s/ Joseph C. Spero
Hon. Joseph C. Spero
Magistrate Judge