JAMES G. BUTLER, JR., NO. 135320
CHRISTOPHER A. VIADRO, NO. 160260
BUTLER VIADRO, LLP
414 13th Street, 7th Floor
Oakland, CA 94612
Telephone: (510) 287-2400
Facsimile: (510) 287-2401
*inbox@butlerviadro.com*

ATTORNEYS FOR PLAINTIFF
JASON MISHOU

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MISHOU,<br><br>        Plaintiff,<br><br>    v.<br><br>PACO VENTURES, LLC<br><br>        Defendant. | CASE NO. 3:12-CV-03331-JCS<br><br>**CONSENT TO EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT** |

Plaintiff Jason Mishou, having conferred with a representative of Defendant Techno Drill Holdings, Inc., herein consents that time which Techno Drill Holdings, Inc., may have in which to respond to Plaintiff's First Amended Complaint is extended until November 16, 2013.

DATED: November 7, 2012          BUTLER VIADRO, LLP

Dated: 11/7/12

                                  By:    /s/ Christopher A. Viadro
                                         Christopher A. Viadro
                                         Attorneys for Plaintiff
                                         JASON MISHOU

IT IS SO ORDERED
Judge Joseph C. Spero

-1-

## PROOF OF SERVICE

I am employed in the County of Alameda, State of California. I am over 18 years of age and not a party to this action. My business address is Butler Viadro, LLP, 414 13th Street, 7th Floor, Oakland, California 94612.

**On the date below I served a true copy of the following document(s):**

**CONSENT TO EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT**

on the interested parties to said action by the following means:

[X] **(BY MAIL)** By placing a true copy of the above, enclosed in a sealed envelope with appropriate postage, for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

[ ] **(BY OVERNIGHT DELIVERY)** By placing a true copy of the above, enclosed in a sealed envelope with delivery charges to be billed to Butler Viadro, LLP, for delivery by Federal Express to the address(es) shown below.

[ ] **(BY FACSIMILE TRANSMISSION)** By transmitting a true copy of the above by facsimile transmission from facsimile number (510) 287-2401 to the attorney(s) or party(ies) shown below.

[ ] **(BY MESSENGER)** By placing a true copy of the above in a sealed envelope and by giving said envelope to an employee of Western Messenger Service for guaranteed, same-day delivery to the address(es) shown below.

[ ] **(BY HAND DELIVERY)** By personal delivery of a true copy of the above to the attorneys or parties shown below.

[ ] **(BY E-MAIL or ELECTRONIC TRANSMISSION)** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable period of time, after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Techno Drill Holdings Inc.
Unit 204, 6640-i Old Monroe Road
Indian Trail NC 28079 USA

**I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct.**

DATED: November 7, 2012

_____
Evelyn Rodas

4841-6855-2209, v. 1

-1-

PROOF OF SERVICE
CONSENT TO EXTENSION OF TIME IN WHICH TO RESPOND TO COMPLAINT