

**GIBBS & FUERST** LLP
**ATTORNEYS AT LAW**

600 B STREET, SUITE 2300
SAN DIEGO, CA 92101
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547
info@gibbsandfuerst.com

MURRIETA OFFICE
25240 HANCOCK AVENUE
SUITE 330
MURRIETA CA 92562
TELEPHONE (951) 816-3435
FACSIMILE (951) 816-3436
info@gibbsandfuerst.com

MICHAEL T. GIBBS
RUSSELL S. FUERST
STEVEN A. TISI
THOMAS P. SCHLAX
KEVIN L. BORGEN
LISA M. BOLLE

August 22, 2013

Honorable Joseph C. Spero
U. S. District Court, Northern District of California
San Francisco Courthouse, Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

     **Re:**   **Jason Mishou v. Paco Ventures, LLC, et al.**
           **USDC Case No. 3:12-cv-03331-JCS**
           **Case Management Conference 8/16/13 at 1:30 p.m.**

Dear Judge Spero:

I am hereby requesting that I be permitted to appear on behalf of defendants Casagrande S.p.A., Casagrande USA and MF Equipment Limited at the Case Management Conference scheduled for September 20, 2013 at 1:30 p.m. via telephonic appearance.

I may be contacted at my San Diego office at 1:30 p.m. on September 20, 2013 as follows:

(619) 702-3505

Thank you for your assistance in this matter.

Sincerely,

                                 Dated: 8/26/13

*s/Michael T. Gibbs*

MICHAEL T. GIBBS

MTG:kh
cc:    Christopher Alan Viadro, Esq.
      Brooke Sikora Purcell, Esq.
      Patrick J. Hagan, Esq.
      Jack Christopher Hanning, Esq.
      Helen M. McFarland, Esq.
      Richard Martin Ozowski, Esq.



UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Joseph C. Spero

NORTHERN DISTRICT OF CALIFORNIA

35372.1