Michael G. Descalso (SBN 104354)
**LAW OFFICES OF BEVERLY E. NARAYAN**
525 Market Street, Suite 2850
San Francisco, CA 94105
Telephone: (415) 227-2343
Facsimile: (415) 227-2360
mike.descalso@zurichna.com

Attorneys for Defendants, CASAGRANDE USA and CASAGRANDE S.p.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MISHOU,<br><br>       Plaintiff,<br><br>vs.<br><br>PACO VENTURES, LLC, TECHNO DRILL, LTD., TECHNO DRILL DESIGN, LTD., and TECHNO DRILL HOLDINGS, INC. (d.b.a. TECHNO DRILL USA),<br><br>       Defendants,<br><br>PACO VENTURES, LLC,<br><br>       Cross-Claimant,<br><br>vs.<br><br>TECHNO DRILL HOLDINGS, INC. (d.b.a. TCHNO DRILL USA), CASAGRANDE S.p.A., MF EQUIPMENT LIMITED, CASAGRANDE USA, and HYDRAULIC REPAIR AND DESIGN, INC.<br><br>       Cross-Defendants. | Case No. 3:12-CV-03331-JCS<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR CROSS-DEFENDANTS, CASAGRANDE USA AND CASAGRANDE S.p.A.**<br><br>[~~PROPOSED~~] **ORDER** |

TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that defendants, CASAGRANDE USA and CASAGRANDE S.p.A. hereby substitute Law Offices of Beverly E. Narayan in place of Gibbs & Fuerst, LLP as its

1  counsel of record in this action. The contact information for new counsel is as follows:

2  Michael G. Descalso (mike.descalso@zurichna.com)
   Law Office of Beverly E. Narayan
3  525 Market Street, Suite 2850
   San Francisco, CA 94105
4  Telephone: (415) 227-2300
   Direct: (415) 227-2340
5  Facsimile: (415) 227-2360

6

7  DATED: September 26, 2013          LAW OFFICES OF BEVERLY E. NARAYAN

8                                      By: _____
9                                          Michael G. Descalso
                                            Attorneys for Defendant, CASAGRANDE USA and
10                                          CASAGRANDE S.p.A.

11

12                              **CONSENT TO SUBSTITUTION**

13  Gibbs & Fuerst, LLP hereby consents to this substitution.

14

15  DATED: October 18, 2013            By: _____
                                            Michael T. Gibbs
16                                          Steven A. Tisi
                                            GIBBS & FUERST, LLP
17

18

19

20  **IT IS SO ORDERED:**

21  DATED: 10/28/13                    _____
                                        Honorable Joseph C. Spero
22                                      United States Magistrate Judge

23

24

25

26

27

28

                                            2
                            NOTICE OF SUBSTITUION OF COUNSEL

<u>*Mishou vs. Paco Ventures, LLC, et al.*</u>
United States District Court Case No. 3:12-CV-03331-JCS

**DECLARATION OF SERVICE**
**[C.C.P. §§ 1013a AND 2015.5]**

I, GLORIA LOOMIS, declare:  I am employed in the City and County of San Francisco, California; I am over the age of eighteen years and not a party to the within action.  My business address is 525 Market Street, San Francisco, CA  94105.  On the date indicated below, I served, in the manner indicated below, the within:

**NOTICE OF SUBSTITUTION OF COUNSEL FOR CROSS-DEFENDANTS, CASAGRANDE USA AND CASAGRANDE S.p.A.**

on the interested parties in said action by placing true copies thereof, enclosed in a sealed envelope, addressed as follows:

*Attorneys for Plaintiff, JASON MISHOU:*
Christopher Alan Viadro
Butler Viadro, LLP
414 – 13th Street, 7th Floor
Oakland, CA  94612
T: (510) 287-2400
F: (510) 287-2401
inbox@butlerviadro.com

*Attorney for Defendant/Cross-Complainant, PACO VENTURES, LLC:*
Brooke Sikora Purcell, Esq.
Patrick J. Hagan, Esq.
Jack Christopher Henning, Esq.
Dillingham & Murphy, LLP
601 California Street, Suite 1900
San Francisco, CA  94108
T: (415) 397-2700
F: (415) 397-3300
bsp@dillinghammurphy.com
pjh@dillinghammurphy.com
jch@wirepaladin.com

*Attorney for Cross-Defendant, PACIFIC COAST DRILLING COMPANY, INC.:*
Helen McFarland
Meckler Bulger Tilson Marick & Pearson
575 Market Street, Suite 2200
San Francisco, CA  94105
T: (415) 644-0914
F: (415) 644-0978
helen.mcfarland@mbtlaw.com

*Attorney for Cross-Defendant, HYDRAULIC REPAIR AND DESIGN, INC.:*
Richard M. Ozowski
Maranga * Morgenstern
350 Sansome Street, Suite 630
San Francisco, CA  94104
T: (415) 248-5315
rozowski@marmorlaw.com

*Attorneys for Cross-Defendant, RIGKITS LLC*
Melissa M. Ballard
Law Offices of Melissa M. Ballard
P.O. Box 2282
Brea, CA  92822
T: (714) 371-2725
F: (877) 369-5799

*Attorneys for Cross-Defendant, VALENTINE CORPORATION*
Joshua S. Goodman
Zachary S. Tolson
Goodman Neuman Hamilton LLP
417 Montgomery Street, 10th floor
San Francisco, CA  94104
T: (415) 705-0400
F: (415) 705-0411

PROOF OF SERVICE

| | |
|---|---|
| *Attorneys for Cross-Defendant, TECHNO DRILL, LLC* | *Current Counsel for CASAGRANDE USA and CASAGRANDE S.p.A.:* |
| James F. Waite | Michael T. Gibbs [SBN 076519] |
| Law Offices of Samuel G. Grader | Steven A. Tisi [SBN 169006] |
| 555 Mission Street, Suite 320 | Gibbs & Fuerst, LLP |
| San Francisco, CA 94105 | 600 B Street, Suite 2300 |
| D: (415) 932-7223 | San Diego, CA 92101 |
| T: (415) 932-7200 | T: (619) 702-3505 |
| F: (415) 866) 853-8846 | F: (619) 702-1547 |
| | mgibbs@gibbsandfuerst.com |
| | stisi@gibbsandfuerst.com |

\_X\_  (*By Regular Mail*) I caused such envelopes with postage thereon fully prepaid to be placed in the U.S. mail at San Francisco, California.

\_\_\_\_\_  (*By Facsimile*) I caused such copies to be sent with same day service.

\_\_\_\_\_  (*By Personal Service*) I caused such copy to be personally hand delivered to the addressee.

I am readily familiar with this firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service; it is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on, October 25, **2013**, at San Francisco, California.

_____
GLORIA LOOMIS

PROOF OF SERVICE