1  Michael G. Descalso (SBN 104354)
   **LAW OFFICES OF BEVERLY E. NARAYAN**
2  525 Market Street, Suite 2850
   San Francisco, CA 94105
3  Telephone: (415) 227-2343
   Facsimile: (415) 227-2360
4  mike.descalso@zurichna.com

5  Attorneys for Defendants, CASAGRANDE USA and
   CASAGRANDE S.p.A.

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JASON MISHOU,<br><br>    Plaintiff,<br><br>vs.<br><br>PACO VENTURES, LLC, TECHNO DRILL, LTD., TECHNO DRILL DESIGN, LTD., and TECHNO DRILL HOLDINGS, INC. (d.b.a. TECHNO DRILL USA),<br><br>    Defendants,<br><br>PACO VENTURES, LLC,<br><br>    Cross-Claimant,<br><br>vs.<br><br>TECHNO DRILL HOLDINGS, INC. (d.b.a. TCHNO DRILL USA), CASAGRANDE S.p.A., MF EQUIPMENT LIMITED, CASAGRANDE USA, and HYDRAULIC REPAIR AND DESIGN, INC.<br><br>    Cross-Defendants. | Case No. 3:12-CV-03331-JCS<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR CROSS-DEFENDANTS, CASAGRANDE USA AND CASAGRANDE S.p.A.**<br><br>[~~PROPOSED~~] **ORDER** |

    TO ALL PARTIES WHO HAVE APPEARED IN THIS ACTION AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that defendants, CASAGRANDE USA and CASAGRANDE S.p.A. hereby substitute Law Offices of Beverly E. Narayan in place of Gibbs & Fuerst, LLP as its

---

1

NOTICE OF SUBSTITUION OF COUNSEL

counsel of record in this action.  The contact information for new counsel is as follows:

    Michael G. Descalso (mike.descalso@zurichna.com)
    Law Office of Beverly E. Narayan
    525 Market Street, Suite 2850
    San Francisco, CA  94105
    Telephone: (415) 227-2300
    Direct: (415) 227-2340
    Facsimile: (415) 227-2360

DATED: September 26, 2013        LAW OFFICES OF BEVERLY E. NARAYAN

By: _____
    Michael G. Descalso
    Attorneys for Defendant, CASAGRANDE USA and
    CASAGRANDE S.p.A.

## CONSENT TO SUBSTITUTION

Gibbs & Fuerst, LLP hereby consents to this substitution.

DATED: October 18, 2013        By: _____
    Michael T. Gibbs
    Steven A. Tisi
    GIBBS & FUERST, LLP

**IT IS SO ORDERED:**

DATED: 10/28/13        _____
    Honorable Joseph C. Spero
    United States Magistrate Judge

*Mishou vs. Paco Ventures, LLC, et al.*
United States District Court Case No. 3:12-CV-03331-JCS

DECLARATION OF SERVICE
[C.C.P. §§ 1013a AND 2015.5]

I, GLORIA LOOMIS, declare: I am employed in the City and County of San Francisco, California; I am over the age of eighteen years and not a party to the within action. My business address is 525 Market Street, San Francisco, CA 94105. On the date indicated below, I served, in the manner indicated below, the within:

**NOTICE OF SUBSTITUTION OF COUNSEL FOR CROSS-DEFENDANTS, CASAGRANDE USA AND CASAGRANDE S.p.A.**

on the interested parties in said action by placing true copies thereof, enclosed in a sealed envelope, addressed as follows:

*Attorneys for Plaintiff, JASON MISHOU:*
Christopher Alan Viadro
Butler Viadro, LLP
414 – 13th Street, 7th Floor
Oakland, CA 94612
T: (510) 287-2400
F: (510) 287-2401
inbox@butlerviadro.com

*Attorney for Defendant/Cross-Complainant, PACO VENTURES, LLC:*
Brooke Sikora Purcell, Esq.
Patrick J. Hagan, Esq.
Jack Christopher Henning, Esq.
Dillingham & Murphy, LLP
601 California Street, Suite 1900
San Francisco, CA 94108
T: (415) 397-2700
F: (415) 397-3300
bsp@dillinghammurphy.com
pjh@dillinghammurphy.com
jch@wirepaladin.com

*Attorney for Cross-Defendant, PACIFIC COAST DRILLING COMPANY, INC.:*
Helen McFarland
Meckler Bulger Tilson Marick & Pearson
575 Market Street, Suite 2200
San Francisco, CA 94105
T: (415) 644-0914
F: (415) 644-0978
helen.mcfarland@mbtlaw.com

*Attorney for Cross-Defendant, HYDRAULIC REPAIR AND DESIGN, INC.:*
Richard M. Ozowski
Maranga * Morgenstern
350 Sansome Street, Suite 630
San Francisco, CA 94104
T: (415) 248-5315
rozowski@marmorlaw.com

*Attorneys for Cross-Defendant, RIGKITS LLC*
Melissa M. Ballard
Law Offices of Melissa M. Ballard
P.O. Box 2282
Brea, CA 92822
T: (714) 371-2725
F: (877) 369-5799

*Attorneys for Cross-Defendant, VALENTINE CORPORATION*
Joshua S. Goodman
Zachary S. Tolson
Goodman Neuman Hamilton LLP
417 Montgomery Street, 10th floor
San Francisco, CA 94104
T: (415) 705-0400
F: (415) 705-0411

PROOF OF SERVICE

*Attorneys for Cross-Defendant, TECHNO DRILL, LLC*
James F. Waite
Law Offices of Samuel G. Grader
555 Mission Street, Suite 320
San Francisco, CA  94105
D: (415) 932-7223
T: (415) 932-7200
F: (415) 866) 853-8846

*Current Counsel for CASAGRANDE USA and CASAGRANDE S.p.A.:*
Michael T. Gibbs [SBN 076519]
Steven A. Tisi [SBN 169006]
Gibbs & Fuerst, LLP
600 B Street, Suite 2300
San Diego, CA  92101
T: (619) 702-3505
F: (619) 702-1547
mgibbs@gibbsandfuerst.com
stisi@gibbsandfuerst.com

__X__   (*By Regular Mail*) I caused such envelopes with postage thereon fully prepaid to be placed in the U.S. mail at San Francisco, California.

_____   (*By Facsimile*) I caused such copies to be sent with same day service.

_____   (*By Personal Service*) I caused such copy to be personally hand delivered to the addressee.

I am readily familiar with this firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service; it is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on, October 25**, 2013,** at San Francisco, California.

_____
GLORIA LOOMIS

PROOF OF SERVICE