

**GIBBS & FUERST** LLP
ATTORNEYS AT LAW

MICHAEL T. GIBBS
RUSSELL S. FUERST
STEVEN A. TISI
THOMAS P. SCHLAX
KEVIN L. BORGEN
LISA M. BOLLE

600 B STREET, SUITE 2300
SAN DIEGO, CA 92101
TELEPHONE (619) 702-3505
FACSIMILE (619) 702-1547
info@gibbsandfuerst.com

MURRIETA OFFICE
25240 HANCOCK AVENUE
SUITE 305
MURRIETA CA 92562
TELEPHONE (951) 816-3435
FACSIMILE (951) 816-3436
info@gibbsandfuerst.com

March 10, 2014

Honorable Joseph C. Spero
U. S. District Court, Northern District of California
San Francisco Courthouse, Courtroom G - 15th Floor
450 Golden Gate Avenue
San Francisco, CA  94102

      **Re:**   **Jason Mishou v. Paco Ventures, LLC, et al.**
             **USDC Case No. 3:12-cv-03331-JCS**
             **Case Management Conference 4/19/13 at 1:30 p.m.**

Dear Judge Spero:

I am hereby requesting that Steven Tisi of our office be permitted to appear on behalf of defendant MF Equipment Limited at the Case Management Conference scheduled for March 14, 2014 at 1:30 p.m. via telephonic appearance.

Mr. Tisi may be contacted at my San Diego office at 1:30 p.m. on March 14, 2014 as follows:

(619) 702-3505

Thank you for your assistance in this matter.

Sincerely,

Dated: 3/11/14



*s/Michael T. Gibbs*

MICHAEL T. GIBBS

MTG:kh
cc:    Christopher Alan Viadro, Esq.
        Brooke Sikora Purcell, Esq.
        Patrick J. Hagan, Esq.
        Jack Christopher Hanning, Esq.
        Helen M. McFarland, Esq.
        Richard Martin Ozowski, Esq.
        Michael G. Descalso, Esq.

35966.1