# LAW OFFICES OF SAMUEL G. GRADER
**555 MISSION STREET, SUITE 320**
**SAN FRANCISCO, CA  94105-0934**
*Telephone: (415) 932-7200 ▪ Facsimile: (866) 853-8846*

---
*\*A Staff Counsel Office of CNA*

| | |
|---|---|
| *Samuel G. Grader* | *Shauna L. Chiappella* |
| *James F. Waite* | *Norman La Force* |
| *Richard A. Levine* | |

March 10, 2014

Honorable Joseph C. Spero
U.S. District Court
Northern District of California
450 Golden Gate Avenue, Courtroom G – 15th Floor
San Francisco, CA 94102

    Re:    *Mishou v. Paco Ventures, LLC, et al.*
             Insured:    Watson Incorporated
             U.S.D.C. Case No.: 3:12-cv-03331-JCS
             Case Management Conference 3/14/14 at 1:30 p.m.

Dear Judge Spero:

    I, James F. Waite, hereby request to appear on behalf of defendant Techno Drill, LLC, at the Case Management Conference scheduled for Friday, March 14, 2014, at 1:30 p.m. via telephonic appearance.

    I may be contacted at 1:30 p.m. on March 14, 2014 at my direct line: (415) 932-7223.

Dated: 3/11/14

[STAMP: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

Very truly yours,
LAW OFFICES OF LAW OFFICE OF SAMUEL G. GRADER

*James F. Waite* (signature)

James F Waite, Esq.
Direct Line: 415-932-7223

JFW/so

cc:    Helen M. McFarland, Esq.
        Jack C. Hanning, Esq.
        Richard M. Ozowski, Esq.
        Michael G. Descalso, Esq.
        Michael T. Gibbs, Esq.
        Patrick J. Hagan, Esq.
        Brooke S. Purcell, Esq.
        Christopher A. Viadro, Esq.