LAW OFFICES OF

# GOODMAN NEUMAN HAMILTON LLP

reply to ➡ **SAN FRANCISCO**

417 Montgomery Street, 10th Floor ▪ San Francisco, CA 94104-1192

Tel 415.705.0400 ▪ Fax 415.705.0411

www.gnhllp.com

**LOS ANGELES OFFICE**

100 Oceangate, Suite 1200 ▪ Long Beach, CA 90802-4306

Tel 415.705.0400 ▪ Fax 415.705.0411

**EMAIL** ztolson@gnhllp.com          **DIRECT PHONE**  415.705.0417

March 10, 2014

Honorable Joseph C. Spero
U.S. District Court, Northern District of California
450 Golden Gate Avenue, Courtroom G – 15th Floor
San Francisco, CA 94102

Re:     *Mishou v. PACO Ventures, LLC, et al.*
        U.S.D.C. Case No.: 3:12-cv-03331-JCS
        <u>Case Management Conference 3/14/14 at 1:30 p.m.</u>

Dear Judge Spero:

I, Zachary S. Tolson, hereby request to appear on behalf of defendant Valentine Corporation at the Case Management Conference scheduled for March 14, 2014 at 1:30 p.m. via telephonic appearance.

I may be contacted at 1:30 p.m. on March 14, 2014 at my direct line: (415) 705-0417.

Sincerely,

Zachary S. Tolson, Esq.

ZST/jr

cc:     All Counsel.

Dated: 3/11/14

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA