# Law Offices of Melissa M. Ballard

Employees of a Subsidiary of The Hartford Financial Services Group, Inc.

1551 North Tustin Avenue, Suite 830
Santa Ana, CA  92705

**Randy A. Moss, Esq.**
Admitted in California

**Mailing Address:**
P.O. Box 2282, Brea, CA 92822-2282

OFFICE:
Telephone: (714) 571-0407
Facsimile: (877) 369-5799

Direct Dial:  (714) 371-2736
E-Mail: randy.moss@thehartford.com

March 11, 2014

Hon. Joseph C. Spero
U.S. District Court, Northern District of California
450 Golden Gate Avenue, Courtroom G-15th Floor
San Francisco, CA 94102

Re:     Mishou, Jason v. Rigkits LLC
        Case #:  22SBMZG3030

Dear Judge Spero:

I, Randy A. Moss, hereby request to appear on behalf of cross-defendant Rigkits LLC at the Case Management Conference scheduled for March 14, 2014 at 2:00 p.m. via telephonic appearance.  I may be contacted at 2:00 p.m. on March 14, 2014 at the following telephone number: (925) 222-0961.

Very truly yours

LAW OFFICES OF MELISSA M. BALLARD

*[signature]*

IT IS HEREBY ORDERED THAT Mr. Moss shall participate by using the conference call number and pass code.
Dated: 3/12/14

RANDY A. MOSS
Attorney at Law

RAM/kgv

*[Court seal: IT IS SO ORDERED AS MODIFIED, Judge Joseph C. Spero, United States District Court, Northern District of California]*