| Beverly E. Narayan<br>Paul A. Herp<br>Cynthia Shambaugh<br>Abel Acosta<br>Thomas Yen<br>Sukhdeep Kaur | LAW OFFICES OF BEVERLY E. NARAYAN<br>ATTORNEYS AT LAW<br>Not a Partnership<br>Employees of a Member Company of Zurich Insurance Group<br>525 Market Street, Suite 2850, San Francisco CA 94105<br>Tel: 415.227.2300   Fax: 415.227.2360 | Howard Au<br>Bruce Parker<br>Daniel McCrary<br>*Michael G. Descalso<br>Frank Anders<br>Roberta Nalbandian |

*Board Certified Civil Trial Specialist,
National Board of Trial Advocacy

Reply to:  Michael G. Descalso
Direct Line:  415. 227.2340
mike.descalso@zurichna.com

March 13, 2014

Hon. Joseph C. Spero                                                                                          *Via Electronic Filing*
U.S. District Court, Northern District of California
450 Golden Gate Avenue, Courtroom G-15th Floor
San Francisco, CA  94102

Re:   *Mishou vs. Rigkits LLC*
       USDC Case No. 3:12-CV-03331-JCS

Dear Hon. Judge Spero:

I, Michael G. Descalso, hereby request to appear on behalf of Cross-Defendants, Casagrande USA and Casagrande S.p.A. at the Case Management Conference scheduled for March 14, 2014, at 2:00 p.m. via telephonic appearance.

          Best regards,
          LAW OFFICES OF BEVERLY E. NARAYAN

          Michael G. Descalso

MGD/gal

IT IS HEREBY ORDERED THAT Mr. Descalso shall participate by using the conference call number and pass code.

DATED:  March 14, 2014                    By: _____
                                              Hon. Judge Joseph C. Spero