

**MECKLERBULGERTILSON**
**MARICK&PEARSON** LLP

575 Market Street
Suite 2200
San Francisco, California 94105

Tel: 415-644-0914
Fax: 415-644-0978
www.mbtlaw.com

**Helen M. McFarland**
415-593-9644
helen.mcfarland@mbtlaw.com

March 13, 2014

*VIA ELECTRONIC FILING*

Hon. Joseph C. Spero
U.S. District Court, Northern District of California
450 Golden Gate Avenue, Courtroom G - 15th Floor
San Francisco, CA 94102

Re:   *Jason Mishou v. Paco Ventures, LLC, and related cross-complaint*
       USDC, Northern District of California, Case No. C12-03331-JSC

Dear Hon. Judge Spero:

   I, Helen M. McFarland, hereby request to appear on behalf of Cross-Defendant Pacific Coast Drilling Company, Inc. at the Case Management Conference scheduled for March 14, 2014 at 2:00 p.m. via telephonic appearance.

                                       Very truly yours,

                                       *[signature]*
                                       Helen M. McFarland

   IT IS HEREBY ORDERED THAT Ms. McFarland shall participate by using the conference call number and pass code.

Dated: March  14 , 2014           By: 

CHICAGO   •   PHOENIX   •   SAN FRANCISCO