**LAW OFFICES OF SAMUEL G. GRADER**
555 MISSION STREET, SUITE 320
SAN FRANCISCO, CA 94105-0934
Telephone: (415) 932-7200 ▪ Facsimile: (866) 853-8846

_____
*A Staff Counsel Office of CNA*

| | |
|---|---|
| *Samuel G. Grader* | *Shauna L. Chiappella* |
| *James F. Waite* | *Norman La Force* |
| *Richard A. Levine* | |

April 28, 2014

Honorable Joseph C. Spero
U.S. District Court
Northern District of California
450 Golden Gate Avenue, Courtroom G – 15th Floor
San Francisco, CA 94102

    Re:    *Mishou v. Paco Ventures, LLC, et al.*
            Insured:    Watson Incorporated
            U.S.D.C. Case No.: 3:12-cv-03331-JCS
            Case Management Conference: May 9, 2014 at 2:00 p.m.

Dear Judge Spero:

    I, James F. Waite, hereby request to appear on behalf of defendant Techno Drill, LLC, at the Case Management Conference scheduled for Friday, May 9, 2014, at 2:00 p.m. via telephonic appearance.

    I may be contacted at 2:00 p.m. on May 9, 2014, at my direct line: (415) 932-7223.

                               Very truly yours,
                               LAW OFFICES OF SAMUEL G. GRADER

                               James F Waite, Esq.
                               Direct Line: 415-932-7223

JFW/so

cc:    Helen M. McFarland, Esq.
        Jack C. Hanning, Esq.
        Richard M. Ozowski, Esq.
        Michael G. Descalso, Esq.
        Michael T. Gibbs, Esq.
        Patrick J. Hagan, Esq.
        Brooke S. Purcell, Esq.
        Christopher A. Viadro, Esq.

IT IS HEREBY ORDERED THAT Mr. Waite shall use the conference call number and pass code that will be arranged by the Law Offices of Melissa M. Ballard.
Dated; 4/29/14

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero