# Law Offices of Melissa M. Ballard

Employees of a Subsidiary of The Hartford Financial Services Group, Inc.

1551 North Tustin Avenue, Suite 830
Santa Ana, CA  92705

**Mailing Address:**
P.O. Box 2282, Brea, CA 92822-2282

OFFICE:
Telephone: (714) 571-0407
Facsimile: (877) 369-5799

*Randy A. Moss, Esq.*
Admitted in California

Direct Dial:  (714) 371-2736
E-Mail: randy.moss@thehartford.com

April 29, 2014

Hon. Joseph C. Spero
U.S. District Court, Northern District of California
450 Golden Gate Avenue, Courtroom G-15th Floor
San Francisco, CA 94102

Re:    Mishou, Jason v. Rigkits LLC
       Case #:  22SBMZG3030

Dear Judge Spero:

I, Randy A. Moss, hereby request to appear on behalf of cross-defendant Rigkits LLC at the Case Management Conference scheduled for May 9, 2014 at 2:00 p.m. via telephonic appearance.

My office has arranged the conference call. Parties may call in at 877-426-5850, code 878369.

Dated: 4/30/14

Very truly yours

LAW OFFICES OF MELISSA M. BALLARD

RANDY A. MOSS
Attorney at Law

RAM/kgv



IT IS SO ORDERED
Judge Joseph C. Spero