Beverly E. Narayan
Paul A. Herp
Cynthia Shambaugh
Abel Acosta
Thomas Yen
Sukhdeep Kaur

**LAW OFFICES OF BEVERLY E. NARAYAN**
ATTORNEYS AT LAW
Not a Partnership
Employees of a Member Company of Zurich Insurance Group
525 Market Street, Suite 2850, San Francisco CA 94105
Tel: 415.227.2300    Fax: 415.227.2360

Howard Au
Bruce Parker
Daniel McCrary
*Michael G. Descalso
Frank Anders
Roberta Nalbandian

*Board Certified Civil Trial Specialist,
National Board of Trial Advocacy

Direct dial:  (415) 227-2340

April 30, 2014

Hon. Joseph C. Spero
U.S. District Court, Northern District of California
450 Golden Gate Avenue, Courtroom G – 15th Floor
San Francisco, CA  94102

      Re:    *Mishou v. PACO Ventures, et al*
             Case No.  12-CV-03331-JCS

Dear Judge Spero:

    I represent cross-defendants Casgrande, S.p.A. and Casagrande USA in this matter.  This matter has settled and we are scheduled for a Case Management Conference on May 9, 2014 at 2:00 p.m. in your courtroom.  On behalf of my clients I hereby request leave of court to appear telephonically at that Case Management Conference.  I understand from other parties that the call in number is (877) 426-5850 and the code is 878369.

    Thank you for your consideration of this request.

                                    Best regards,

Dated: 5/8/14                          LAW OFFICES OF BEVERLY E. NARAYAN

                                      Michael G. Descalso

MGD/gal

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]*