

MecklerBulgerTilson Marick&Pearson LLP

575 Market Street
Suite 2200
San Francisco, California 94105

Tel: 415-644-0914
Fax: 415-644-0978
www.mbtlaw.com

Helen M. McFarland
415-593-9644
helen.mcfarland@mbtlaw.com

April 30, 2014

*VIA ELECTRONIC FILING*

Hon. Joseph C. Spero
U.S. District Court, Northern District of California
450 Golden Gate Avenue, Courtroom G - 15th Floor
San Francisco, CA 94102

Re:   *Jason Mishou v. Paco Ventures, LLC, and related cross-complaint*
      USDC, Northern District of California, Case No. C12-03331-JSC

Dear Hon. Judge Spero:

I, Helen M. McFarland, hereby request to appear on behalf of Cross-Defendant Pacific Coast Drilling Company, Inc. at the Case Management Conference scheduled for May 9, 2014 at 2:00 p.m. via telephonic appearance.

Very truly yours,

Helen M. McFarland

IT IS HEREBY ORDERED THAT Ms. McFarland shall participate by using the conference call number and pass code.

Dated: __May 8__, 2014          By: _____
                                     Hon. Judge Joseph C. Spero