UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASON MISHOU,

    Plaintiff.

v.

PACO VENTURES LLC, et al.,

    Defendants.

Case No. 12-cv-03331-JCS

**ORDER OF DISMISSAL AS TO TECHNO DRILL HOLDINGS**

At the request of Defendant PACO Ventures LLC,

IT IS HEREBY ORDERED that Techno Drill Holdings is dismissed with prejudice.

IT IS SO ORDERED.

Dated: May 22, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge